1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                      AT SEATTLE

9  | UNITED STATES OF AMERICA, | ) | NO. CR04-00249-RSL
10 |                   Plaintiff, | ) |
11 |            vs.              | ) | ORDER ON STIPULATED MOTION
                                        TO CLARIFY TRIAL DATE
12 | ISAAC CORTEZ-SERRANO,   | ) |
13 |                  Defendant.  | ) |
14 |                              | ) |

     Having considered the stipulation of the parties, the records and files herein, and the motion to clarify the trial date as to Mr. Cortez-Serrano, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

     Accordingly, IT IS HEREBY ORDERED that Mr. Cortez-Serrano's trial date is continued to October 24, 2005, for the reasons set forth in the Court's Order dated July 18, 2005.

     IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from the previous trial date until the new trial date is

ORDER ON STIPULATED MOTION
TO CLARIFY TRIAL DATE  - 1

1 excluded in the computation of time under the Speedy Trial Act.

2 DONE this 8th day of August, 2005.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER ON STIPULATED MOTION
TO CLARIFY TRIAL DATE - 2